In the Matter of the Accounting of WALTER R. STURR, as
Executor of HATTIE C. MARVIN, Deceased.

NEW YORK ANNUAL CONFERENCE OF THE METHODIST
EPISCOPAL CHURCH, Appellant; CRAIGSVILLE BIBLE
CHURCH, INC., et al., Respondents.

Submitted November 18, 1941; decided December 10, 1941.

*H. Westlake Coons* for appellant.

*William A. Mayo* for Craigsville Bible Church, Inc., respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.